UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELINDA BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:20-cv-01590-RLY-MPB |
| | ) |
| IU HEALTH SOUTHERN INDIANA, | ) |
| PHYSICIANS, | ) |
| | ) |
| Defendant, | ) |

### ORDER OF DISMISSAL

The parties, having filed their Stipulation of Dismissal and the Court being duly advised, it is therefore, ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against the Defendant is hereby dismissed, with prejudice, the same being fully compromised and settled, with each party bearing its own costs and attorneys' fees..

DATED: 1/25/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via the Court's ECF/CM system.

1